IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LaKEISHA RANDLE**                                                                                        **PLAINTIFF**

**v.**                                   **Case No. 4:21-cv-00256-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff LaKeisha Randle's complaint is dismissed with prejudice. The relief requested is denied.

So adjudged this 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge